# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

BRANDON ANDERSON
ADC #555480                                                                                                                                           PLAINTIFF

v.                                        4:22-cv-00189-JM-JJV

STACY WHITE, Nurse,
Arkansas Community Correction Center                                                        DEFENDANT

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE for being frivolous and failing to state a claim upon which relief may be granted.

2. It is recommended that, in the future, dismissal of this action be counted as a strike for purposes of 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 12th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE