# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

BRANDON ANDERSON
ADC #555480                                                                                    PLAINTIFF

v.                                    4:22-cv-00189-JM-JJV

STACY WHITE, Nurse,
Arkansas Community Correction Center                                                  DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 12th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE